AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>William T. Griffith III<br><br>Defendant | )<br>)<br>) Case No. 2:26-mj-16<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See corresponding criminal complaint. On or about about January 9, 2026, Griffith unlawfully possessed firearms or ammunition, in violation of 18 U.S.C. § 922(g)(1).

Date: January 14, 2026

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state: Columbus, Ohio

### Return

This warrant was received on *(date)* 01/14/2026 , and the person was arrested on *(date)* 01/20/2026
at *(city and state)* Columbus, Ohio .

Date: 1/20/2026

_____
Arresting officer's signature

TFO STEPHEN LAWSON
Printed name and title

ON FDICIOO 1210